**EXHIBIT D**



*Embassy of the United States of America*

*Kabul, Afghanistan*

4/4/2024

### Chief of Mission Approval for Afghanistan Special Immigrant Visa Status

Case Number: NVCSIV2022357112                Petition Filing Date:  12/22/2022

Dear:  ZIAULHAQ SHINWARI

The United States Embassy in Kabul, Afghanistan, reviewed the qualifications of the principal applicant named above and established that:

☑ The individual is a national of Afghanistan;

☑ The individual has been employed by, or on behalf of the United States Government or by the International Security Assistance Force (or any successor name for such Force) in Afghanistan, on or after October 7, 2001, for a period of not less than one year;

☑ The individual provided faithful and valuable service to the United States Government;

☑ The individual named above has experienced or is experiencing an ongoing serious threat as a consequence of the employment by or on behalf of the United States Government or by the International Security Assistance Force (or any successor name for such Force).

A **SIGNED** DS-157 submitted by the principal applicant named above, or by a qualifying surviving spouse or child of the principal applicant named above, is hereby approved as a petition for classification as a special immigrant under section 203(b)(4) of the Immigration and Nationality Act.  If the principal applicant or surviving spouse or child submitted an unsigned DS-157 and is located outside the United States, such approval is conditional on the principal applicant or surviving spouse or child signing said petition prior to the adjudication of his Special Immigrant Visa.  **Any principal applicant or qualified surviving spouse or child CURRENTLY IN THE UNITED STATES who submitted an UNSIGNED DS-157** must file an I-360 petition with USCIS to continue special immigrant processing.

Chief of Mission
U.S. Embassy Kabul