UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZIAULHAQ SHINWARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 25-12021-LTS |
| ) | |
| PATRICIA HYDE et al., ) | |
| ) | |
| Respondents. ) | |

JUDGMENT

December 4, 2025

SOROKIN, J.

Pursuant to the Order dated October 3, 2025, Doc. No. 37, the Amended Petition for Writ of Habeas Corpus is ALLOWED to the extent the Court described. Each party shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge