# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZIAULHAQ SHINWARI, | |
| Petitioner, | HON. J. LEO T. SOROKIN |
| v. | No. 25-12021-LTS |
| PATRICIA HYDE, *et al.*, | |
| Respondents. | |

## **NOTICE OF APPEAL OF FINAL JUDGMENT**

Notice is hereby given that Defendants appeal to the United States Court of Appeals for The First Circuit from this Court's Entry of Final Judgment on December 4, 2025 (ECF No. 44).

DATED: February 2, 2026                           Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANTHONY P. NICASTRO
Acting Director
Office of Immigration Litigation

JAMES J. WALKER
Senior Litigation Counsel

/s/ *Jaime A. Scott*
JAIME A. SCOTT
DC Bar No. 90027182
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3620
Email: Jaime.A.Scott@usdoj.gov

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on February 2, 2026 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully submitted,

*/s/ Jaime A. Scott*
JAIME A. SCOTT
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation

*Attorney for Respondents*