# United States Court of Appeals
## For the First Circuit

No. 26-1118

ZIAULHAQ SHINWARI,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director; JOHN D. MCDONALD, JR., Sheriff of Plymouth County; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**JUDGMENT**

Entered: February 19, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Glenn Formica
Michael Alexander Nam-Krane
Christopher M. Mattei
Lauren Cundick Petersen
Donald Campbell Lockhart
Rayford A. Farquhar
Abraham R. George
Mark Sauter
Jaime A. Scott
James J. Walker