# United States Court of Appeals
## For the First Circuit

No. 26-1118

ZIAULHAQ SHINWARI,

Petitioner - Appellee,

v.

PATRICIA HYDE, Field Office Director; JOHN D. MCDONALD, JR., Sheriff of Plymouth County; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,

Respondents - Appellants.

**MANDATE**

Entered: February 19, 2026

In accordance with the judgment of February 19, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rayford A. Farquhar
Glenn Formica
Abraham R. George
Donald Campbell Lockhart
Christopher M. Mattei
Michael Alexander Nam-Krane
Lauren Cundick Petersen
Mark Sauter
Jaime A. Scott
James J. Walker